# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0248. MELINDA CLARK v. CBCA01 PROPERTY MANAGEMENT

This case began as a dispossessory action in magistrate court. Following an adverse ruling, defendant Melinda Clark appealed to the state court, which also ruled in the plaintiff's favor and directed Clark to pay rent into the registry of the court pending any appeal. Clark has now filed an application for discretionary appeal, seeking review by the Court of Appeals. She has also requested "emergency" mandamus relief, seeking a stay of the state court's orders while her case is pending before our Court.

As to Clark's request for discretionary appellate review of the state court's order, upon consideration of her application, it is hereby DENIED.

As to Clark's request for mandamus relief, her request for a stay pending appeal is DENIED as moot because, given our denial of her application, no case remains pending before our Court.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 02/14/2024

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*